# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00770-NYW

IRWIN MORSE,

    Plaintiff,

    v.

CORELOGIC, INC., FRANK MARTELL, W. STEVE ALBRECHT, DOUGLAS C. CURLING, JOHN C. DORMAN, PAUL F. FOLINO, WENDY LANE, CLAUDIA FAN MUNCE, PAMELA H. PATENAUDE, VIKRANT RAINA, J. MICHAEL SHEPHERD, JAYNIE MILLER STUDENMUND, and HENRY W. WINSHIP,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 20, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Gina M. Serra
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    Telephone: (516) 683-3516
    Email: gms@rl-legal.com

    *Attorneys for Plaintiff*